Approved.
/s/ *Benita Y. Pearson* on 8/24/2021
United States District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISVISION

| | | |
|---|---|---|
| ANTHONY GAINER | ) | CASE NO. 5:20CV2683 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION FOR DISMISSAL AND** |
| JEFF'S MOTORCARS SERVICES, INC. | ) | **JOURNAL ENTRY** |
| | ) | |
| Defendant. | ) | |
| | ) | |

We the attorneys for the respective undersigned parties do hereby stipulate that all claims that were or could have been asserted in this matter have been settled and this case shall be dismissed with prejudice. Defendant to pay court costs. It is further agreed that this Court shall have continuing jurisdiction to enforce the terms of this settlement agreement.

IT IS SO ORDERED. FINAL.

_____
Benita Y. Pearson
United States District Judge

| **/s/ Rachel Sabo Friedmann** | **/s/ Brian T. Winchester (per consent)** |
|---|---|
| Rachel Sabo Friedmann (0089226) | Brian T. Winchester (0069076) |
| The Friedmann Firm LLC | Kevin A. Buryanek (0099300) |
| 1457 S. High Street | McNeal Schick Archibald & Biro Co., LPA |
| Columbus, Ohio 43207 | 4608 St. Clair Ave. |
| T: (614) 610-9756 F: (614) 737-9812 | Cleveland, Ohio 44103 |
| Rachel@thefriedmannfirm.com | T: (216) 621-9870 F: (216) 522-1112 |
| | btw@msablaw.com |
| | kevinb@msablaw.com |
| *Attorney for Plaintiff* | |
| *Anthony Gainer* | *Attorneys for Defendant* |
| | *Jeff's Motorcars Service, Inc.* |